IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOSE ANTONIO REYES,

    Petitioner,

vs.                                         CASE NO. 5:09cv396/RS-EMT

STEVEN SINGER, Warden of Columbia
Correctional Institution Annex and
FLORIDA PAROLE COMMISSION,

    Respondents.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 41).

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. The clerk of the court is directed to transfer this case to the United States District Court for the Middle District of Florida for all further proceedings.

**ORDERED** on February 22, 2010.

                                    /S/ Richard Smoak
                                  **RICHARD SMOAK**
                                  **UNITED STATES DISTRICT JUDGE**